# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| NATIONWIDE PROPERTY & CASUALTY INSURANCE COMPANY, | § § § § | No. 99, 2020 |
| Plaintiff Below, Appellant, | § § § § | Court Below—Superior Court of the State of Delaware |
| v. | § § | |
| ANGEL IRIZARRY, JR., | § § | C.A. No. N18C-02-167 |
| Defendant Below, Appellee. | § § § | |

Submitted: August 12, 2020
Decided: August 25, 2020

Before **SEITZ**, Chief Justice; **VALIHURA** and **MONTGOMERY-REEVES**, Justices.

## ORDER

This 25th day of August 2020, after careful consideration of the parties' briefs and the record on appeal, and following oral argument, we find it evident that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its January 31, 2020 memorandum opinion and order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice